**Turner, O'Mara, Donnelly & Petrycki, P.C.**
2201 Route 38, Suite 300
Cherry Hill, NJ 08002
Telephone No. (856) 667-2600
Attorneys for Defendants Christopher Hammond, improperly pleaded as Christoph Hammond, Best Buy Stores L.P., also improperly pleaded as Best Buy Stores and Best Buy Co., Inc., also improperly pleaded as Best Buy

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID DEHRI AND TIKVA DERHI, HIS WIFE<br>　　　　Plaintiffs,<br><br>vs.<br><br>CHRISTOPH HAMMOND, BEST BUY STORES, BEST BUY, BEST BUY CO., INC., BEST BUY STORES, LP, ABC CORPORATIONS (1-10), DEF PARTNERSHIPS (1-10) GHI LIMITED LIABILITY COMPANIES (1-10) AND JOHN/JANE DOES (1-10),<br><br>　　　　Defendants | Case Number:<br><br>**NOTICE OF REMOVAL** |

### Statement of the Case

1.　　Plaintiffs, David Dehri and Tikva Dehri, are residents of the Township of Marlboro, County of Monmouth, State of New Jersey.  (See **Exhibit A** – Complaints).

2.　　Defendant, Christopher Hammond, improperly pleaded as Christoph Hammond, is a citizen of the State of South Carolina.

3.　　Defendant, Best Buy Stores, L.P., also improperly pleaded as Best Buy Stores, is a citizen of the State of Minnesota with its principal place of business at 7601 Penn Avenue S., Richfield, Minnesota 55423.

4. Defendant, Best Buy Co., Inc., is a citizen of the State of Minnesota with its principal place of business at 7601 Penn Avenue S., Richfield, Minnesota 55423.

5. The Complaint purports to assert a cause of action in negligence against defendants arising out of a motor vehicle accident that occurred on October 4, 2018. (See **Exhibit A**).

6. Defendants, Best Buy Stores, L.P., also improperly pleaded as Best Buy Stores and Best Buy Co., Inc., improperly also pleaded as Best Buy, were served with the Summons and Complaint on February 3, 2021. (See **Exhibit A**).

7. The relief plaintiff seeks include, *inter alia*, compensatory damages for the injuries sustained.

### Diversity Jurisdiction Under 28 U.S.C. § 1332(a)

8. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between plaintiffs and all defendants and more than seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, is at stake.

9. In the Complaint, plaintiffs, David Dehri and his wife, Tikva Dehri, state that they are residents of the State of New Jersey. (See **Exhibit A** – Complaints).

10. Defendant, Christopher Hammond, improperly pleaded as Christoph Hammond, is a resident of Easley, South Carolina. Therefore, Mr. Hammond is a resident of the State of South Carolina.

11. Best Buy Stores, L.P., is a Virginia Limited Partnership with one general partner, BBC Property Co. and one limited partner, BBC Investment Co., both of which are wholly owned subsidiaries of Best Buy Co., Inc.

12. BBC Property Co. is incorporated in Minnesota with its principal place of business in Minnesota. BBC Investment Co. is incorporated in Nevada with its principal place of business in Minnesota.

13. Best Buy Co., Inc. is a company incorporated in the State of Minnesota with its principal place of business in Minnesota. Therefore, Best Buy Co., Inc. is a citizen of the State of Minnesota.

14. As noted above, there is complete diversity of citizenship between plaintiffs and all three (3) defendants.

15. Plaintiff, David Dehri, alleges in the Complaint that he was caused to sustain severe and permanent personal injuries, suffers from great pain, was forced to seek medical aid and attention, and was caused to suffer financial loss in the future and require medical aid and attention. Specifically, the presuit documents indicate that plaintiff sustained injuries to his neck and underwent a multilevel cervical fusion with hardware. Thus, it is reasonably believed that there is over seventy-five thousand dollars ($75,000.00) in controversy and the jurisdictional threshold under 28 U.S.C. § 1332(a) is satisfied.

**All Procedural Requirements for Removal Have Been Satisfied**

16. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 5.1(e), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon defendants Best Buy Stores, L.P., also improperly pleaded as Best Buy Stores and Best Buy Co., Inc., also improperly pleaded as Best Buy are being filed with this Notice of Removal.

17. This Notice of Removal has been filed within 30 days of the date that defendants, Best Buy Stores, L.P., also improperly pleaded as Best Buy Stores and Best Buy Co., Inc., also

improperly pleaded as Best Buy were served with the Summons and Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

18. The two (2) corporate defendants, Best Buy Stores, L.P. and Best Buy Co., Inc. (the two parties served with the Summons and Complaint) have consented to the removal of this matter. The undersigned has personally spoken with Christopher Hammond, improperly pleaded as Christoph Hammond, and he has also consented to the removal of this matter. Therefore, all defendants have consented to the removal of this matter.

19. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446 (a) because the United States District Court for the District of New Jersey is the federal judicial district embracing the Superior Court of New Jersey, Law Division, Middlesex County, where the State Court Action was active.

## **Conclusion**

By this Notice of Removal, defendants Best Buy Stores, L.P., also improperly pleaded as Best Buy Stores and Best Buy Co., Inc., also improperly pleaded as Best Buy, do not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action.  Defendants Best Buy Stores, L.P., also improperly pleaded as Best Buy Stores and Best Buy Co., Inc., also improperly pleaded as Best Buy intend no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Dated:  February 25, 2021

*John V. Petrycki, Jr.*
John V. Petrycki, Jr., Esquire
**Turner, O'Mara, Donnelly & Petrycki, P.C.**
2201 Route 38, Suite 300
Cherry Hill, NJ 08002
Phone: (856) 667-2600
Fax: (856) 667-8787
*jpetrycki@turneromara.com*
Attorneys for Defendants Christopher Hammond,
improperly pleaded as Christoph Hammond,
Best Buy Stores L.P., also improperly pleaded
as Best Buy Stores and Best Buy Co., Inc.,
also improperly pleaded as Best Buy

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing NOTICE OF REMOVAL, with exhibits, was sent to Andrew Blumer, Esquire, attorney for plaintiff, via email at *andrew@blumerlaw.com* and facsimile on February 25, 2021.

*John V. Petrycki, Jr.*
John V. Petrycki, Jr., Esquire